IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLORIA BRUNSON, KEVIN DAHLBERG, JAMAL DOUGLAS, and EARL YOUNG, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>THE HOME DEPOT, INC., Delaware Corporation, and JOHN DOE,<br><br>        Defendants. | Case No.  1:19-cv-03970-AT |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), please take notice that Plaintiffs Gloria Brunson, Kevin Dahlberg, Jamal Douglas, and Earl Young, individually and on behalf of all others similarly situated ("Plaintiffs"), hereby file this Notice of Dismissal without Prejudice and dismiss this action *without* prejudice.

This 22nd day of October, 2019.

**GLORIA BRUNSON, KEVIN DAHLBERG, JAMAL DOUGLAS, and EARL YOUNG**, individually and on behalf of all others similarly situated,

  s/ David C. Sawyer
            One of Plaintiffs' Attorneys

David C. Sawyer
dsawyer@grsmb.com
Georgia Bar No. 751032
GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.
1700 Salesforce Tower Atlanta
950 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 870-7439

Ashley C. Keller
ack@kellerlenkner.com
Travis D. Lenkner
tdl@kellerlenkner.com
J. Dominick Larry
nl@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois, 60606
(312) 741-5220

Warren D. Postman
wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

2

3

*Counsel for Plaintiffs and the Putative Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| GLORIA BRUNSON, KEVIN DAHLBERG, JAMAL DOUGLAS, and EARL YOUNG, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE HOME DEPOT, INC., Delaware Corporation, and JOHN DOE,<br><br>　　　　　Defendants. | Case No. 1:19-cv-03970-AT |

**LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

Date: October 22, 2019　　　　　**GLORIA BRUNSON, KEVIN DAHLBERG, JAMAL DOUGLAS, and EARL YOUNG**, individually and on behalf of all others similarly situated,

　　　　　　　　　　　　　　　　s/ David C. Sawyer
　　　　　　　　　　　　　　　　　One of Plaintiffs' Attorneys

　　　　　　　　　　　　　　　David C. Sawyer
　　　　　　　　　　　　　　　dsawyer@grsmb.com

Georgia Bar No. 751032
GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.
1700 Salesforce Tower Atlanta
950 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 870-7439

Ashley C. Keller
ack@kellerlenkner.com
Travis D. Lenkner
tdl@kellerlenkner.com
J. Dominick Larry
nl@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois, 60606
(312) 741-5220

Warren D. Postman
wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334


*Counsel for Plaintiffs and the Putative Class*

5

Case 1:19-cv-03970-AT   Document 19   Filed 10/22/19   Page 6 of 8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GLORIA BRUNSON, KEVIN DAHLBERG, JAMAL DOUGLAS, and EARL YOUNG, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC., Delaware Corporation, and JOHN DOE,<br><br>    Defendants. | Case No.  1:19-cv-03970-AT |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2019, copies of **PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE** were electronically served with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

Stewart Haskins
Andy Pratt
Morgan Bridgman
King & Spalding, LLP
1180 Peachtree Street
Atlanta, GA 30309

Date: October 22, 2019

**GLORIA BRUNSON, KEVIN DAHLBERG, JAMAL DOUGLAS, and EARL YOUNG**, individually and on behalf of all others similarly situated,

  s/ David C. Sawyer
                    One of Plaintiffs' Attorneys

David C. Sawyer
dsawyer@grsmb.com
Georgia Bar No. 751032
GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.
1700 Salesforce Tower Atlanta
950 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 870-7439

Ashley C. Keller
ack@kellerlenkner.com
Travis D. Lenkner
tdl@kellerlenkner.com
J. Dominick Larry
nl@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois, 60606
(312) 741-5220

Warren D. Postman
wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

*Counsel for Plaintiffs and the Putative Class*